

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2015

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III, and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief of Marcus Rogers has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to April 6, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Paul T. Curl
Curl & Stahl, A Professional Corporation
700 North St. Mary's Street, Suite 1800
San Antonio, TX 78205

Philip M. Ross
Attorney At Law
1006 Holbrook Road
San Antonio, TX 78218

Royal B. Lea III
Bigham & Lea P.C.
319 Maverick St
San Antonio, TX 78212-4637